**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:    SHERYL ELAINE DOWLING
A/K/A SHERYL ELAINE DOWLING-HUNTER

Debtor,

Case No.: 11-37238-DOT
Chapter 13

ALLY FINANCIAL INC. F/K/A GMAC INC.

Movant,

v.

SHERYL ELAINE DOWLING
ROBERT E. HYMAN, ESQUIRE

Respondents.

**CONSENT ORDER MODIFYING AUTOMATIC STAY**

This matter was before the court on December 19, 2012, on the motion of Ally Financial Inc. F/K/A GMAC Inc. ("Ally"), for relief from the automatic stay with respect to certain personal property, to-wit:

2009 Pontiac G6, VIN 1G2ZH57N494141114

Upon consideration of which, it is

Carl A. Eason, Esquire
Counsel for Ally
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
bankruptcy@wolriv.com
(757)497-6633
VSB# 18636

**ORDERED:**

1.     The debtor will resume making regular monthly installment payments in the amount of $ 247.22 as they become due commencing on January 14, 2013 . Late payments will include applicable late charges in the amount of $ N/A .

2.     The debtor will cure the post-petition arrearage currently due to the movant through   December 14, 2012   in the total amount of $ 1,429.40 , which includes late charges, deferred late charges, filing fees and attorney's fees, by making the following payments:

Arrearage Payments, such as the following:

    a.    $ 1,429.40  on or before   January 18, 2013
    b.    $ 0.00      on or before       N/A
    c.    $ 0.00      on or before       N/A
    d.    $ 0.00      on or before       N/A
    e.    $ 0.00      on or before       N/A
    f.    $ 0.00      on or before       N/A

3.     In the event that the debtor does not cure the arrearages within 30 days of the hearing Ally is granted relief from the automatic stay without further Order of this Court;

4.     The provisions of this order with respect to regular monthly installment payments expire one year after the date of the entry of this order. In the event of the default in payment of any regular monthly installment payment due more than one year after the date of the entry of this order, the movant must obtain relief by filing a new motion for relief from stay with appropriate notice and hearing.

5.     Until an order is entered terminating the automatic stay, the movant may not refuse to accept or apply payments tendered by the debtor, even if such payments are late or in an improper amount; however, acceptance of non-conforming payments is without prejudice and shall not constitute a waiver of any default.

6. The automatic stay is modified to permit the note holder or servicing agent to send the debtor payment coupons, payment statements or invoices, notices or late charges, notices of payment changes, notices of servicing transfers, or any other notice, other than a notice of acceleration or demand for payment of the entire balance, normally sent to customers in the ordinary course of business.

7. Should the debtor default pursuant to the terms contained herein, unless otherwise ordered by this court, the movant shall be entitled to reasonable attorney's fees in the amount of $<u>100.00</u> for issuance of a notice of default, and an additional $<u>225.00</u> for issuance of a certificate of default and preparation of an order terminating the automatic stay.

_____, Virginia
_____, 2012

_____
United States Bankruptcy Judge

Copies to:

Carl A. Eason, Esquire
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
Counsel for Ally

Christian D'Angelo DeGuzman, Esquire
JANAF Office Building
5900 E. Virginia Beach Blvd., Suite 507

Carl A. Eason, Esquire
Counsel for Ally
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
bankruptcy@wolriv.com
(757)497-6633
VSB# 18636

Norfolk, VA 23502
Counsel for debtor


Robert E. Hyman, Esquire
P.O. Box 1780
Richmond, VA 23218-1780

Sheryl Elaine Dowling
4806 Wynn Lane, Apt. 304
Midlothian, VA 23112

I ask for this:


  /s/ Carl A. Eason_____
Carl A. Eason, Esquire
Counsel for Ally
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452


Seen and Agreed and the Debtors
have been advised of these terms:


  /s/ Christian D'Angelo DeGuzman_____
Christian D'Angelo DeGuzman, Esquire
Counsel for Debtor
JANAF Office Building
5900 E. Virginia Beach Blvd., Suite 507
Norfolk, VA 23502


Seen:


  /s/ Robert E. Hyman_____
Robert E. Hyman, Esquire
Trustee
P.O. Box 1780
Richmond, VA 23218-1780

CERTIFICATION OF SERVICE

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed

Order has been endorsed by or served upon all necessary parties on or before the __27th__ day of __December 2012__, to Christian D'Angelo DeGuzman, Esquire, JANAF Office Building, 5900 E. Virginia Beach Blvd., Suite 507, Norfolk, VA 23502, counsel for debtor; Robert E. Hyman, Esquire, Trustee, P.O. Box 1780, Richmond, VA 23218-1780; and to the debtor, 4806 Wynn Lane, Apt. 304, Midlothian, VA 23112.

/s/ Carl A. Eason

CERTIFICATION

The undersigned certifies that the foregoing Consent Order Modifying Automatic Stay is substantially in compliance with the standing Administrative Order 10-2.

/s/ Carl A. Eason

Carl A. Eason, Esquire
Counsel for Ally
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
bankruptcy@wolriv.com
(757)497-6633
VSB# 18636